UNITE STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JULIA FORD,

    Plaintiff,

vs.                                                      CASE NO.:    4:15-cv-00396

USAA GENERAL INDEMNITY COMPANY,

    Defendant.

_____/

## COMPLAINT

Plaintiff, JULIA FORD, files this complaint against Defendant, USAA GENERAL INDEMNITY COMPANY, and alleges:

## JURISDICTION

1. This is an action for damages in excess of $75,000.00 exclusive of costs, interest and attorneys' fees, and is between citizens of different states. The Court therefore has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1).

2. This Court has personal jurisdiction over the parties to this action in that Plaintiff subjects herself to this Court's jurisdiction and because the Defendant is a Texas Corporation, active and doing business in Tallahassee, Leon County, Florida.

## VENUE

3. Venue of this action is properly in this Court pursuant to 28 U.S.C. § 1391 in that a substantial part of the events or omissions giving rise to the claim occurred in this judicial district.

## THE PARTIES

4.Plaintiff, JULIA FORD ("Ford" or "Plaintiff"), is sui juris and resides in Tallahassee, Florida;

5.Defendant, USAA GENERAL INDEMNITY COMPANY (hereinafter "USAA" or "Defendant") is a foreign profit corporation registered to do business within the State of Florida, with a principal address of 9800 Fredericksburg Road, San Antonio, TX 78288 and doing substantial business within Leon County, Florida, as a liability insurer.

## FACTUAL ALLEGATIONS

6.On or about December 4, 2014, Plaintiff, JULIA FORD, was a passenger in a vehicle owned by Sunshine Auto Sales and operated with permission by their employee, Victor Manuel Ramos Sarubbi, on West Tennessee Street in Tallahassee, Florida.

7.At that time and place said vehicle was negligently operated or maintained so that it collided with a vehicle owned and operated by Ramon Anthony Cichon, who was making an improper U-turn, and then the vehicle JULIA FORD was in subsequently collided with a tree.

8.As a result Plaintiff, JULIA FORD, suffered serious bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for enjoyment of life, expense of hospitalization, medical care and treatment, loss of earnings, loss of ability to earn money and possibly the aggravation of preexisting condition.  The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

9.The above-described occurrence was an event covered by the terms of the insurance policy described in this complaint.

10.Plaintiff, JULIA FORD, has suffered multiple permanent injuries.

11. The negligence of Sunshine Auto Sales and their employee, Victor Manuel Ramos Sarubbi, and Ramon Anthony Cichon was the legal cause of damages sustained by the Plaintiff.

## COUNT I

12. Plaintiff realleges paragraphs 1-11.

13. Prior to December 4, 2014, and at the time of the accident described above, JULIA FORD, was an insured with under-insured motorist (UM) insurance coverage issued by the Defendant, USAA, with UM policy limits of $500,000.00. A copy of the declaration sheet documenting insurance coverage is attached hereto as Exhibit "A". The Defendant is in possession of the applicable policy of insurance.

14. On December 4, 2014, Sunshine Auto Sales carried automobile liability insurance coverage for bodily injury in the single limits amount of $100,000.00 per event. There were at least two (2) injured passengers in the car owned by Sunshine Auto Sales. JULIA FORD's portion of these policy limits was $70,000.00, as agreed to between the two Claimants against the policy. A copy of the Disclosure of Insurance Limits for Sunshine Auto Sales is attached hereto as Exhibit "B".

15. On December 4, 2014, Ramon Anthony Cichon carried automobile liability insurance coverage for bodily injury in the single limits amount of $25,000.00 per person/$50,000.00 per accident. A copy of the Disclosure of Insurance Limits for Ramon Anthony Cichon is attached hereto as Exhibit "C".

16. Sunshine Auto Sales and Ramon Anthony Cichon were underinsured motorists under the provisions of the Defendant's policy of insurance.

17. Under the USAA policy, the Plaintiff is entitled to recover against the Defendant

3

for her injuries, damages, and losses set forth above, which were caused by the negligence of Sunshine Auto Sales, their employee, Victor Manuel Ramos Sarubbi, and Ramon Anthony Cichon.

18. The Plaintiff is entitled to non-stacking available uninsured motorist coverage under the USAA policy.

19. The Plaintiff has notified the Defendant of her claim and has otherwise performed all conditions precedent to entitle her to recover under the policy.

WHEREFORE, Plaintiff, JULIA FORD, demands judgment against Defendant, USAA GENERAL INDEMNITY COMPANY, for all compensatory damages, interest, costs such as attorney's fees as may be applicable, and such other relief as may be deemed just and proper.

## COUNT II

20. Plaintiff, adopts and realleges paragraphs 1-19 above.

21. No later than February 5, 2015, USAA was provided notice of the accident described herein.

22. At all times materials, Defendant, USAA, was authorized to adjust uninsured/underinsured motorist insurance claims in Florida.

23. Under the terms of the insurance contract, Defendant, USAA, had a duty to use reasonable care in the investigation of the accident, in the defense and handling of the claim and litigation on it, and in the evaluation of the claim, and had a duty to act in good faith and give due consideration to Plaintiff, JULIA FORD'S, interests in the negotiation and settlement of the claim, and in the consideration of damages incurred by Plaintiff, JULIA FORD, and settlement offers.

24. Defendant, USAA, was provided with a demand letter and supporting documentation on or about April 27, 2015 with a deadline to respond by May 27, 2015. USAA

called a few days before the deadline and asked for an additional week to consider the information and respond. That request was granted. Meanwhile, the other underinsured motorist carrier, State Farm, tendered their full policy limit with the same UM policy limits as that of Defendant, USAA, within the 30 days provided. Counsel for the Plaintiff left multiple voicemail messages for USAA's adjuster. No return calls from USAA's adjuster were received until the afternoon of June 3, 2015. At that time, the USAA adjuster extended a grossly inadequate and unfair offer to settle Plaintiff's claims.

25. Defendant, USAA, negligently failed to adequately investigate the pertinent facts of the case and the law applicable to it.

26. Defendant, USAA, knew or should have known that the injuries suffered by Plaintiff, JULIA FORD, were serious and that the damages suffered by Plaintiff, JULIA FORD, were great and would require a verdict, far in excess of the amount of the underlying BI coverage available and paid, and all the available UM policy limits.

27. Notwithstanding the foregoing, Defendant, USAA, failed or refused to attempt to settle the case in good faith and rejected a reasonable offer to settle within the liability policy limits.

28. Defendant, USAA, failed to consider the interest of its insured and failed or refused to attempt in good faith to accomplish the settlement of the case within the liability insurance policy limits.

29. Following USAA's failure to provide a prompt and fair settlement under the Underinsured Motorist Policy, Plaintiff submitted a Civil Remedy Notice of Insurer Violation form to USAA and the Florida Department of Insurance Regulation. A copy of the Civil Remedy Notice

is attached hereto as Exhibit "D".

30. The violation of the Defendant alleged in the Civil Remedy Notice includes:

Section 624.155(1)(b)(1) – Not attempting in good faith to settle claims when, under all the circumstances, it could and should have done so, had it acted fairly and honestly toward its insured and with due regard for her or his interests.

31. The Defendant, USAA, failed to properly respond to the allegations in the Civil Remedy Notice as required by Florida law and further failed to tender all available benefits within the statutory cure period.

32. Based upon USAA's bad-faith conduct and failure to fulfill its obligation to its insured, Plaintiff, JULIA FORD, is entitled to recover the total amount of all damages awarded by the jury, including the amount of the verdict in excess of the policy limits, interest on unpaid benefits, along with reasonable attorney's fees and costs.

33. The provisions of section 624.155(4), Fla. Stat., provide that "upon adverse adjudication at trial or upon appeal, the authorized insurer shall be liable for damages, together with court costs, and reasonable attorney fees incurred by the Plaintiff."

34. Plaintiff, JULIA FORD, has employed the undersigned attorney in this proceeding and has agreed to pay him a reasonable fee.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for the following relief:

a) that process issue and this Court take jurisdiction over this case;

b) enter judgment against Defendant and for Plaintiff awarding damages to Plaintiff from Defendant for Defendant's violations of law enumerated within;

c) enter judgment against Defendant and for Plaintiff awarding Plaintiff's attorneys'

        fees and costs;

    d)    award Plaintiff interest and equitable relief; and

    e)    grant such other further relief as being just and proper under the circumstances.

Respectfully submitted, this 7th day of August, 2015.

                          **BROOKS, LeBOEUF, BENNETT,**
                               **FOSTER & GWARTNEY, P.A.**

                          /s/ Scott E. Gwartney
                          Scott E. Gwartney, FBN 0897558
                          909 East Park Avenue
                          Tallahassee, FL  32301
                          850/222-2000
                          850/222-9757 facsimile
                          Scott@tallahasseeattorneys.com
                          Rebecca@tallahasseeattorneys.com
                          Jeanetta@tallahasseeattorneys.com
                          Attorneys for Plaintiff

**USAA GENERAL INDEMNITY COMPANY**
(A Stock Insurance Company)
9800 Fredericksburg - San Antonio, Texas 78288

FLORIDA AUTO POLICY
RENEWAL DECLARATIONS
(ATTACH TO PREVIOUS POLICY)

ADDL INFO ON NEXT PAGE   MAIL MCH-M-I
RENEWAL OF

| State | 01 | 02 | | Veh | POLICY NUMBER |
|---|---|---|---|---|---|
| FL | 173 | 173 | | Terr | 02496 16 97G 7101 0 |

POLICY PERIOD: (12:01 A.M. standard time)
**EFFECTIVE DEC 01 2014 TO JUN 01 2015**

OPERATORS
01 MICHAEL W FORD
02 ANNMARIE FORD

**Named Insured and Address**

MICHAEL W FORD
PO1 USN RET
3053 KILLEARN POINT CT
TALLAHASSEE FL 32312-5228

**Description of Vehicle(s)**

| VEH | YEAR | TRADE NAME | MODEL | BODY TYPE | ANNUAL MILEAGE | IDENTIFICATION NUMBER | SYM | VEH USE | Miles One Way | Days Per Week |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 10 | GMC | CANYON | 4 DOOR | 6000 | 1GTJTCDE8A8110896 | | P | | |
| 02 | 05 | HONDA | ODYSSEY EXL | MINIVAN | 8000 | 5FNRL386X5B008284 | | P | | |

The Vehicle(s) described herein is principally garaged at the above address unless otherwise stated.  * W/C=Work/School; B=Business; F=Farm; P=Pleasure
VEH 01    TALLAHASSEE FL 32312-5228
VEH 02    TALLAHASSEE FL 32312-5228

This policy provides ONLY those coverages where a premium is shown below. The limits shown may be reduced by policy provisions and may not be combined regardless of the number of vehicles for which a premium is listed unless specifically authorized elsewhere in this policy.

| COVERAGES ("ACV" MEANS ACTUAL CASH VALUE) | LIMITS OF LIABILITY | VEH 01 6-MONTH D=DED AMOUNT | PREMIUM $ | VEH 02 6-MONTH D=DED AMOUNT | PREMIUM $ | VEH D=DED AMOUNT | PREMIUM $ | VEH D=DED AMOUNT | PREMIUM $ |
|---|---|---|---|---|---|---|---|---|---|
| PART A - LIABILITY | | | | | | | | | |
| BODILY INJURY    EA PER $ | 500,000 | | | | | | | | |
|                  EA ACC $ | 500,000 | | 87.65 | | 65.89 | | | | |
| PROPERTY DAMAGE  EA ACC $ | 500,000 | | 65.68 | | 52.48 | | | | |
| PART B - MEDICAL PAYMENTS | | | | | | | | | |
|                  EA PER $ | 25,000 | | 20.16 | | 21.54 | | | | |
| PART B - PERSONAL INJURY PROTECTION | | | | | | | | | |
| MAXIMUM BENEFITS | $10,000 | | | | | | | | |
| DEDUCTIBLE APPLIES TO | | | | | | | | | |
| NAMED INSD/RESIDENT RELATIVE | | D 250 | 21.65 | D 250 | 22.73 | | | | |
| PART C - UNINSURED MOTORISTS | | | | | | | | | |
| NONSTACKED | | | | | | | | | |
| BODILY INJURY    EA PER $ | 500,000 | | | | | | | | |
|                  EA ACC $ | 500,000 | | 48.65 | | 50.74 | | | | |
| PART D - PHYSICAL DAMAGE COVERAGE | | | | | | | | | |
| COMPREHENSIVE LOSS     ACV LESS | | D 250 | 26.32 | D 250 | 25.50 | | | | |
| COLLISION LOSS         ACV LESS | | D 250 | 111.32 | D 250 | 82.02 | | | | |
| RENTAL REIMBURSEMENT | | | | | | | | | |
| STANDARD CLASS | | | 29.50 | | 29.50 | | | | |
| TOWING AND LABOR | | | 10.00 | | 10.00 | | | | |

TOTAL PREMIUM - SEE FOLLOWING PAGE(S)

ENDORSEMENTS: ADDED 12-01-14 - A402FL(01)
REMAIN IN EFFECT(REFER TO PREVIOUS POLICY)- 5100FL(02)  A054(07)  ACCFOR(01)
INFORMATION FORMS: FEAFLRR(01)  94629(01)
F3

V 01 RMM680000    V 02 RMF670000

IN WITNESS WHEREOF, we have caused this policy to be signed by our President and Secretary at San Antonio, Texas,
COUNTERSIGNED BY                 on this date OCTOBER 14, 2014

MARIA ELENA MCALEXANDER   Steven Alan Bennett, Secretary        Alan W. Krapf, President

5000 G 05-12
53384-05-12


EXHIBIT A

**USAA GENERAL INDEMNITY COMPANY**
(A Stock Insurance Company)
USAA® 9800 Fredericksburg - San Antonio, Texas 78288
FLORIDA AUTO POLICY
RENEWAL DECLARATIONS
(ATTACH TO PREVIOUS POLICY)

RENEWAL OF
POLICY NUMBER: 02496 16 97G 7101 0
State: FL
POLICY PERIOD: (12:01 A.M. standard time)
EFFECTIVE DEC 01 2014 TO JUN 01 2015

**Named Insured and Address**

MICHAEL W FORD
PO1 USN RET
3053 KILLEARN POINT CT
TALLAHASSEE FL 32312-5228

### Description of Vehicle(s)

| VEH | YEAR | TRADE NAME | MODEL | BODY TYPE | ANNUAL MILEAGE | IDENTIFICATION NUMBER | VEH USE* SYM | WORK/SCHOOL Miles One Way | Days Per Week |
|---|---|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |   |   |   |

The Vehicle(s) described herein is principally garaged at the above address unless otherwise stated. * W/C=Work/School; B=Business; F=Farm; P=Pleasure

This policy provides ONLY those coverages where a premium is shown below. The limits shown may be reduced by policy provisions and may not be combined regardless of the number of vehicles for which a premium is listed unless specifically authorized elsewhere in this policy.

| COVERAGES  LIMITS OF LIABILITY ("ACV" MEANS ACTUAL CASH VALUE) | VEH D=DED AMOUNT | PREMIUM $ | VEH D=DED AMOUNT | PREMIUM $ | VEH D=DED AMOUNT | PREMIUM $ | VEH D=DED AMOUNT | PREMIUM $ |
|---|---|---|---|---|---|---|---|---|
| VEHICLE TOTAL PREMIUM |  | 420.93 |  | 360.40 |  |  |  |  |

6 MONTH PREMIUM $  798.03
PREMIUM DUE AT INCEPTION. THIS IS NOT A BILL, STATEMENT TO FOLLOW.

$ 16.70 IS INCLUDED IN YOUR 6 MONTH PREMIUM FOR ACCIDENT FORGIVENESS.

FL HURRICANE CATASTROPHE EMERGENCY ASSESSMENT
(NOT INCLUDED IN TOTAL PREMIUM)   $ 10.37

In WITNESS WHEREOF, we have caused this policy to be signed by our President and Secretary at San Antonio, Texas,
COUNTERSIGNED BY                          on this date OCTOBER 14, 2014

MARIA ELENA MCALEXANDER       Steven Alan Bennett, Secretary       Alan W. Krapf, President

5000 G 05-12
53384-05-12

Page 2

## DISCLOSURE OF INSURANCE POLICY LIMITS
## PURSUANT TO FLORIDA STATUTE 627.4137.

This is to advise you that on the accident date of **12/04/2014** coverage existed as follows:

(a) The name of the Insurer    :    **Ascendant Commercial Insurance, Inc.**

(b) The Policy Number          :    **GK-12770-5**

(c) The name of the Insured    :    **Sunshine Auto Inc.**

(d) The Effective Dates        :    **09/25/2014 to 09/25/2015**

(e) The Limits of the liability coverage:

| | |
|---|---|
| Liability Each Garage Operations – *Auto Only* | $100,000 |
| Liability Each Garage Operations – *Other Than Auto* | $100,000 |
| Liability Aggregate Garage Operations – *Other Than Auto* | $100,000 |
| Personal Injury Protection | $Basic -No deductible |
| Medical Payments | $1,000 |
| Uninsured Motorist | $50,000 |
| Garage keepers Comprehensive | $None |
| Garage keepers Specified Causes of Loss | $None |
| Garage keepers Collision | $None |
| Physical Damage Comprehensive | $1,000 Deductible |
| Physical Damage Specified Causes of Loss | $1,000 Deductible |
| Physical Damage Collision is | $None |
| Excess or Umbrella | $None |

(f) Statement of policy or coverage defense: **None known to us at this time; however; should one arise you will be promptly notified.**

(g) Other known insurance: **None known**

(h) Copy of the Policy: **Enclosed is a copy of the declaration page for your review.**

Ascendant Commercial Insurance Company reserves the right to amend any portion of this statement upon discovery of facts calling for such an amendment.

I hereby certify that the foregoing is a true and correct statement as set forth above.

Ascendant Claims Services
On behalf of Ascendant Commercial Insurance Company

By: _____    Ana Abislaiman-Director of Claims-Liability Division

Subscribed and sworn before me this ____ day of _____ 2014

GLORIA M. TRASORRAS
Notary Public - State of Florida
My Comm. Expires May 13, 2018
Commission # FF 092971
Bonded Through National Notary Assn.

Notary Public                       Notary Seal

---

P.O. Box 260550 Miami, Florida 33126   Telephone 305 820-4347   Facsimile 305 403-4050

EXHIBIT B

State Farm Mutual Automobile Insurance Company | 64725-1-A | MUTL VOL

7401 Cypress Gardens Boulevard
Winter Haven FL 33888

**DECLARATIONS PAGE**

NAMED INSURED
AT1                              59-6670-1 A    A
        000443  0058
CICHON, RAMON JR
365 HOLLY ST
MONTICELLO FL 32344-1811

POLICY NUMBER   516 6753-B08-59M
POLICY PERIOD MAR 07 2014 to AUG 08 2014
12:01 A.M. Standard Time

AGENT
TOMMY SURLES INS AGCY INC
225 N JEFFERSON ST
MONTICELLO, FL 32344-1936

PHONE: (850)997-8282 or (850)997-3507

**DO NOT PAY PREMIUMS SHOWN ON THIS PAGE.**
**IF AN AMOUNT IS DUE, THEN A SEPARATE STATEMENT IS ENCLOSED.**

### YOUR CAR

| YEAR | MAKE | MODEL | BODY STYLE | VEHICLE ID. NUMBER | CLASS |
|---|---|---|---|---|---|
| 2009 | CHEVROLET | IMPALA | 4DR | 2G1WB57KX91291285 | 60H050A0001 |

| SYMBOLS | COVERAGE & LIMITS | PREMIUMS |
|---|---|---|
| A | Liability Coverage<br>Bodily Injury Limits<br>Each Person,  Each Accident<br>$25,000         $50,000<br>Property Damage Limit<br>Each Accident<br>$25,000 | $121.30 |
| P14 | No-Fault Coverage | $50.30 |
| C | Medical Payments Coverage<br>Emergency Medical Condition Limit -<br>Each Person<br>$5,000<br>Not An Emergency Medical Condition Limit -<br>Each Person<br>$1,250 | $11.65 |
| D | Comprehensive Coverage - $100 Deductible | $45.48 |
| G | Collision Coverage - $500 Deductible | $77.80 |
| H | Emergency Road Service Coverage | $1.36 |
| U3 | Uninsured Motor Vehicle Coverage (Non-Stacking)<br>Bodily Injury Limits<br>Each Person,  Each Accident<br>$25,000        $50,000 | $33.58 |

Total premium for MAR 07 2014 to AUG 08 2014.    $341.47    This is not a bill.

### IMPORTANT MESSAGES

Your policy will be assessed 1.3% due to the Florida Hurricane Catastrophe Fund Assessment.

IMPORTANT NOTICE- Under No-Fault Coverage, the only medical expenses we will pay are reasonable medical expenses that are payable under the Florida Motor Vehicle No-Fault Law. The most we will pay for such reasonable medical expenses is 80% of the "schedule of maximum charges" found in the Florida Motor Vehicle No-Fault Law and in the Limits section of the Florida Car Policy's No-Fault Coverage.

Replaced policy number 5166753-59L.

**Your total renewal premium for FEB 08 2014 to AUG 08 2014 is $401.72.**

For questions, problems or to obtain information about coverage call: (850)997-8282.

**EXCEPTIONS, POLICY BOOKLET & ENDORSEMENTS** (See policy booklet & individual endorsements for coverage details.)

YOUR POLICY CONSISTS OF THIS DECLARATIONS PAGE, THE POLICY BOOKLET -
FORM 9810A, AND ANY ENDORSEMENTS THAT APPLY, INCLUDING THOSE ISSUED TO YOU
WITH ANY SUBSEQUENT RENEWAL NOTICE.
CREDITOR-- RBS CITIZENS AUTO FINANCE, PO BOX 255587, SACRAMENTO CA
95865-5587.

Agent:    TOMMY SURLES INS AGCY INC
Telephone: (850)997-8282

00139/00087                             See Reverse Side         Prepared   MAR 11 2014       6670-BB9
155-3866.2 04-2005 (o1a025hd)         (o1a025te)
I4SX0N    (o1a025te)


EXHIBIT C